IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                         CRIMINAL NO. 1:06-CR-56-KS-JMR-1

TOAN M. BUI                                                                    DEFENDANT

ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#37] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, the unpaid portion of the fine imposed on January 11, 2007, is hereby remitted.

SO ORDERED, this the      22nd     day of February, 2017.


                                                    s/Keith Starrett
                                                    HONORABLE KEITH STARRETT
                                                    UNITED STATES DISTRICT JUDGE